IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CR3043 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| KAREN C. ADAMS, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant remains indigent and in need of non-custodial transportation and subsistence for travel to and from Seattle, Washington to Lincoln, Nebraska. Accordingly,

IT IS ORDERED:

1) The defendant's motion for transport, (filing no. 14), is granted.

2) The U.S. Marshal shall provide non-custodial transportation and subsistence only during the period of travel for defendant to travel from Seattle, Washington to Lincoln, Nebraska for her arraignment scheduled in Lincoln, Nebraska on May 27, 2011 at 2:00 p.m. The defendant shall arrive in Lincoln, Nebraska no later than 12:00 noon on Friday, May 27, 2011.

DATED this 18th day of May, 2011.

BY THE COURT:
s/ *Cheryl R. Zwart*
United States Magistrate Judge