IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CR3043 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| KAREN C. ADAMS, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant remains indigent and in need of non-custodial transportation and subsistence for travel to and from Seattle, Washington to Lincoln, Nebraska. Accordingly,

IT IS ORDERED:

1) The defendant's motion for transport is granted.

2) The U.S. Marshal shall provide non-custodial transportation and subsistence only during the period of travel for defendant to travel from Lincoln, Nebraska to Seattle, Washington following her arraignment scheduled in Lincoln, Nebraska on May 27, 2011 at 2:00 p.m.

DATED this 18th day of May, 2011.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge