IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CR3043 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| KAREN C. ADAMS, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant remains indigent and in need of non-custodial transportation and subsistence for travel to and from Seattle, Washington to Lincoln, Nebraska. She is employed and her employment will be in jeopardy if she cannot timely return to work. Her counsel is willing to transport her to the airport in Omaha for a return flight to Seattle. Accordingly,

IT IS ORDERED:

The U.S. Marshal shall provide non-custodial **air** transportation from Omaha to Seattle, Washington following her arraignment scheduled in Lincoln, Nebraska on May 27, 2011 at 2:00 p.m. The marshal need not provide subsistence for the return trip to Seattle.

DATED this 25th day of May, 2011.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge