IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:11CR3043 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MEMORANDUM AND ORDER |
| | ) | |
| KAREN C. ADAMS, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Karen C. Adams remains indigent and in need of non-custodial transportation and subsistence for travel from Seattle, Washington to Lincoln, Nebraska to attend her sentencing hearing on September 9, 2011.

Accordingly,

IT IS ORDERED:

1) The defendant's motion for non-custodial transportation, (filing no. 32), is granted.

2) The U.S. Marshal shall provide non-custodial transportation and subsistence during the period of defendant's travel from Seattle, Washington to Lincoln, Nebraska. The defendant shall arrive in Lincoln, Nebraska by no later than 10:00 a.m. on September 9, 2011 to prepare for and appear at her sentencing hearing scheduled in Lincoln, Nebraska on September 9, 2011 at 12:00 p.m. (noon).

DATED this 22nd day of August, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge